1
2
3
4
5       UNITED STATES DISTRICT COURT
6       EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NOS.  CR-97-0154-WFN-1 |
| Plaintiff, ) | CR-97-0155-WFN-1 |
| ) | |
| -vs- ) | |
| ) | ORDER |
| DONALD JAMES LAWSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is Mr. Lawson's Motion for Early Termination of Supervised Release. In the interest of justice and for good cause shown,

**IT IS ORDERED** that:

1. Mr. Lawson's Motion for Early Termination of Supervised Release, filed March 24, 2008, **CR-97-0154 Ct. Rec. 99 and CR-97-0155 Ct. Rec. 73**, is **GRANTED**.

2. Mr. Lawson's term of supervised release shall be **TERMINATED**, effective immediately.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 22nd day of April, 2008.

04-22

                                       s/ Wm. Fremming Nielsen
                                       WM. FREMMING NIELSEN
                                 SENIOR UNITED STATES DISTRICT JUDGE

ORDER